■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA L. SCHWANDNER, Also Known as LISA TRICKEY, Appellant. [888 NYS2d 456]—

Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered July 1, 2008. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated, a class D felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her, upon her plea of guilty, of felony driving while intoxicated (Vehicle and Traffic Law § 1192 [2]; § 1193 [1] [c] [former (ii)]). Contrary to the contention of defendant, we conclude that her waiver of the right to appeal was voluntarily, knowingly and intelligently entered (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Seaberg*, 74 NY2d 1, 11-12 [1989]). The valid waiver of the right to appeal encompasses the further contention of defendant that County Court abused its discretion in terminating her from the drug court program (*see People v Rodriguez*, 46 AD3d 356 [2007], *lv denied* 10 NY3d 815 [2008]), as well as her challenge to the severity of the sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Heer*, 309 AD2d 1191 [2003], *lv denied* 1 NY3d 573 [2003]). To the extent that the contention of defendant that she was denied effective assistance of counsel survives her guilty plea and her waiver of the right to appeal (*see People v Santos*, 37 AD3d 1141 [2007], *lv denied* 8 NY3d 950 [2007]), we conclude that defendant failed to preserve her contention for our review by failing to move to withdraw her plea or to vacate the judgment of conviction on that ground (*see People v Grandin*, 63 AD3d 1604 [2009], *lv denied* 13 NY3d 744 [2009]). Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.